IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BENJAMIN LEE SANTIAGO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MARIROSA LAMAS, et al. | : | NO. 13-5070 |

ORDER

AND NOW, this 5th day of December, 2014, upon consideration of petitioner Benjamin Lee Santiago's pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (docket entry #1), our Order referring this matter to the Hon. Sandra Moore Wells for a report and recommendation (docket entry #2), and that report and recommendation (docket entry #10), to which petitioner did not object within the period specified by Loc. R. Civ. P. 72.1 IV (b), and the Court agreeing with Judge Wells that both of petitioner's claims are unexhausted and procedurally defaulted, and jurists of reason would not debate the correctness of this procedural ruling, see Slack v. McDaniel, 529 U.S. 473, 484 (2000), it is hereby ORDERED that:

1. Judge Wells' report and recommendation (docket entry #10) is APPROVED and ADOPTED;

2. Petitioner's pro se petition for writ of habeas corpus (docket entry #1) is DENIED WITH PREJUDICE;

3. We DECLINE to issue a certificate of appealability; and

4. The Clerk of Court shall CLOSE this case statistically.

BY THE COURT:

/s/ Stewart Dalzell, J.